Norine Bidwell, Appellant, v. John T. Dempsey, Administrator of Estate of Harry J. Roberts, Deceased, Appellee.

Gen. No. 43,447.

opinion filed May 29,

1946; released for publication June 13, 1946. Black & Beermann, for appellant; Benjamin H. Black, of counsel; Don M. Peebles, for appellee; Arthur J. Murphy and William J. Lunn, of counsel. Opinion by JUSTICE SULLIVAN. Not to be published in full.